UST-31, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| BAGUBE, GEORGE A. | ) | Case No. 07-00038-BHC RJH |
| | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

WILLIAM E. PIERCE, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 7 | TARGET NATIONAL BANK<br>C/O WEINSTEIN & RILEY, P.S., PO BOX 3978<br>SEATTLE, WA 98124-3978 | $2.16 |
| 9 | PREMIER BANKCARD/CHARTER<br>PO BOX 2208<br>VACAVILLE, CA 95696 | $3.08 |
| 10 | PREMIER BANKCARD/CHARTER<br>PO BOX 2208<br>VACAVILLE, CA 95696 | $1.71 |
| 11 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF<br>HSBC BANK NEVADA NA / HSBC CARD, SERVICES<br>III,POB 35480<br>NEWARK, NJ 07193-5480 | $3.07 |
| 15 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS<br>ASSIGNEE OF MCI, RESURGENT CAPITAL SERVICES,PO BOX 10587<br>GREENVILLE, SC 29603-0587 | $1.57 |

| January 26, 2010 | /s/ WILLIAM E. PIERCE |
|---|---|
| DATE | WILLIAM E. PIERCE, TRUSTEE |